next matter is Schultz v. United States of America. Is Mr. Schultz there? There you are Mr. Schultz. You have five minutes to argue. Your Honor, the notice, we had requested ten minutes and the notice from the court allotted ten minutes. I didn't know I had ten minutes and I'm presiding, so you have five minutes. Okay. This case is a direct result of Schultz 1, which was decided by the Second Amendment Petition for Redress. The difference between Schultz 1 and the as the plaintiff here in Schultz 2 is that the blue folder, the so-called blue folder, was a proper First Amendment petition for redress of violations of the Constitution and statutory law. And as such, it is not subject to penalty. Although properly presented, my petition clause claim has not yet been decided. Not in Schultz 1 or here in Schultz 2, but in Schultz 1 and Schultz 2, and it is not subject to penalty. As the full record before the court shows, I have been denied the complete, full, and fair opportunity to pursue and litigate my petition clause claim. Justice demands my petition clause claim be fully and fairly litigated and decided before there can be any notion or determination of a penalty pursuant to Section 66 of the United States Constitution. And this was not the case in Schultz 1. We're here today because, while my petition clause claim has not been decided, the penalty issue has been. The incongruity is readily apparent and legally inescapable. The full argument and factual evidence in support of my petition clause claim is included in the record and my brief, the affidavit, and the appendix. In sum, between 1999 and 2002, I and upwards of 91,000 members and supporters of the We the People Foundation for Constitutional Education, with the assistance of constitutional scholars and attorneys, repeatedly served the appropriate federal officials and congressional committees with proper First Amendment petitions for redress of four violations of the Constitution. First, the Iraq Resolution's violation of the War Powers Clauses, how we wish, of course, the government had responded to that petition, which was filed five months before we went into Iraq. We could have avoided the whole ISIS mess and so forth, in my opinion. But the second petition was the U.S. was submitted or filed because of violations by the USAID Patriot Act's violation of the Privacy Clause. When I first read that and saw that the government could come into my home and copy my hard drive without ever telling me they were there, I knew there was something seriously wrong. They took that off the shelf right after 9-11 and the rest is history. But it was a violation of the price. It had numerous violations of the Privacy Clause. And then, of course, the third petition back then was that the Federal Reserve System's violation of the enumerated powers and the money clauses of the Constitution. There's simply no authority in the Constitution for a central bank. There were two prior before this one and they both failed. And then fourth, the petition which focused on the direct unapportioned tax on labor's violation of the tax clauses. In each of these petitions, we laid out the facts and we asked questions looking for answers to questions. There was no remedy other than that, that we were requesting. They were proper petitions in that they exceeded any rational standard requiring a formal, specific response from the government. They were serious and documented, not frivolous. They contained no falsehoods. They were not absent probable cause. They had the necessary quality of a dispute. They came from citizens outside the formal political culture and involved a legal principle, not political talk. They were punctilious and dignified, containing both a direction and a prayer for relief. They addressed a public collective grievance with widespread participation and consequences. They were instruments of deliberation, not agitation. And they provided legal notice seeking substantial, a substantive redress to cure the infringement of a right guaranteed by the Constitution. Above all, for a meaningful response and remedy, we relied on a thorough historical review of the petition clause. I'm sorry. In conclusion, your time has expired. You have a sentence. Well, in conclusion, the relief we're asking for or I'm asking for. If I can turn the page here. Forgive me. I want to get it all in. There it is. Sorry. We're asking for an order dismissing the penalty that's been imposed and directing the defendants to restore the organization's tax exempt status. And removing the penalty that was imposed retroactive after Schultz won, retroactive to 2003, which is now in the hundreds of thousands of dollars. Second, declaring that our blue folder that was a proper petition for redress of grievances and directing defendants to meaningful meaningfully provide a meaningful response to the grievances. And is particularly a response to the 65 material facts that are stated in the petition for redress, which the government has never responded to. Thank you, counsel. We asked that the that the matter of IRS agent David Gordon's fraudulent filings be referred to the Justice Department for appropriate action. It's expired. I'm sorry, ma'am, I can. Your time has expired. We're going to turn to the. I'm sorry. You are from the tax division of the Department of Justice. Is that correct? Yes, Your Honor. I'm Karen Gregory on behalf of the United States of America. The petition clause is irrelevant to this case because the penalty was not imposed for a petition. The penalty was imposed for organizing and promoting an abusive tax avoidance scheme based on false statements about internal revenue laws. And that was the same activity that was enjoined in the prior case and in which this court in a published opinion affirmed the injunction. On page 607 of this court's opinion in the injunction case, it acknowledged the petition clause argument and then found that all of Mr. Schultz's arguments were without merit. Without merit is a direct quote from that published opinion. So the petition clause argument is irrelevant, without merit and precluded. Does the court have any questions about the petition clause argument? I don't know. Does the court have questions about anything else? I don't. I don't know. Judge Wesley. No, thank you. The district court's judgment should be affirmed. Mr. Schultz has not identified any reversible error by the district court as the court has no questions for the government. We will rest on the briefs. You should affirm the district court. Thank you. Thank you, counsel. I will reserve decision.